# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| VERONICA SKIPPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE |
| ) | NO.: 1:13-CV-02958-JMC |
| SPECIALTY LOGGING, LLC, and ) | |
| HAROLD MOORS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CONSENT ORDER TO REMAND

This matter comes before the Court on the parties' Consent Motion to Remand. After considering the Motion and being advised that all parties consent to any remand, the parties' Consent Motion to Remand is GRANTED. This case is hereby remanded to the Court of Common Pleas for Allendale County, South Carolina.

SO ORDERED this __3__ day of __December_____, 2013.

_J. Michelle Childs_
_____
THE HONORABLE J. MICHELLE CHILDS
UNITED STATES DISTRICT JUDGE
DISTRICT OF SOUTH CAROLINA

4827-3592-7318.1